United States District Court / For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANCED ANALOGIC TECHNOLOGIES, INC.,

    Plaintiff,

  v.

KINETIC TECHNOLOGIES, INC.,

    Defendant
_____/

No. C 09-1360 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO QUASH DISCOVERY**

    Pursuant to Civil Local Rule 72-1, defendant's "Motion to Quash Discovery Served by Plaintiff AATI Before Rule 26(F) Conference," filed June 12, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    The July 17, 2009 hearing before the undersigned is hereby VACATED.

    **IT IS SO ORDERED**.

Dated: June 16, 2009

    _____
MAXINE M. CHESNEY
United States District Judge