**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KINETIC TECHNOLOGIES, INC., <br><br> Defendant / | No. C-09-1360 MMC <br><br> **ORDER STRIKING PLAINTIFF'S CASE MANAGEMENT STATEMENT; DIRECTING PARTIES TO FILE JOINT STATEMENT** |

The Court is in receipt of "Plaintiff's Case Management Statement," filed June 3, 2009, and "Defendant KTI's Objections to Procedural Irregularities in Plaintiff's Case Management Statement," filed June 4, 2009. As discussed below, plaintiff's separate statement will be ordered stricken.

The above-titled matter was initially assigned to the Honorable Edward M. Chen, who scheduled the Initial Case Management Conference for July 1, 2009, and directed the parties to file a joint case management statement no later than June 24, 2009. According to plaintiff, the parties, in light of the schedule set by Judge Chen, had agreed to confer on June 2, 2009. By order filed May 26, 2009, however, the matter was reassigned to the undersigned, and, by order filed May 27, 2009, the Court reset the Initial Case Management Conference for August 7, 2009. In its order of May 27, 2009, the Court

1  directed the parties to "confer in advance" of the conference and to file, no later than July
2  31, 2009, a "joint case management statement." (See Case Management Conference
3  Order at 1.) After the reassignment and in light of this Court's having continued the date of
4  the Initial Case Management Conference, defendant sought to arrange a later date to meet
5  and confer. Plaintiff declined to so agree and, instead, filed the above-referenced separate
6  statement. (See Def.s' Objection Ex. I.)

7  The filing of a case management statement more than two months before the
8  scheduled initial conference does little to assist the Court in determining the status of the
9  case as of the date of such conference or in the scheduling of pretrial and trial dates in a
10 manner consistent with the Court's calendar at that time. Nor does the above-described
11 disagreement constitute good cause for the filing of a unilateral statement.

12 Accordingly, plaintiff's separate statement is hereby STRICKEN, and the parties are
13 directed to comply with the Court's May 27, 2009 order that they file a Joint Case
14 Management Statement no later than July 31, 2009.

15 **IT IS SO ORDERED.**

17 Dated: June 25, 2009

MAXINE M. CHESNEY
United States District Judge

2