1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  Jill F. Kopeikin (State Bar No. 160792)
   jill.kopeikin@dechert.com
3  Andrew N. Thomases (State Bar No. 177339)
   andrew.thomases@dechert.com
4  DECHERT LLP
   2440 W. El Camino Real, Suite 700
5  Mountain View, California  94040-1499
   Telephone:    650  813  4800
6  Facsimile:    650  813  4848

7  Attorneys for Plaintiff
   ADVANCED ANALOGIC TECHNOLOGIES, INC.
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  ADVANCED ANALOGIC<br>TECHNOLOGIES, INC., a Delaware<br>14  Corporation<br>15              Plaintiff,<br>16  v.<br>17  KINETIC TECHNOLOGIES, INC., a<br>California Corporation<br>18<br>19              DEFENDANT. | Case No.  C09 01360 MMC<br><br>**[PROPOSED]** ORDER GRANTING AATI'S<br>ADMINISTRATIVE MOTION FOR<br>LEAVE TO FILE AATI's OPPOSITION TO<br>KINETIC'S MOTION TO DISMISS<br>COMPLAINT UNDER RULE 12(B)(6) FOR<br>FAILURE TO STATE A CLAIM, OR IN<br>THE ALTERNATIVE, FOR MORE<br>DEFINITE STATEMENT UNDER RULE<br>12(3)<br><br>Date:   July 10, 2009<br>Time:   9:00 a.m. |

20

21

22

23

24

25

26

27

28

Dechert LLP
Attorneys At Law
Silicon Valley

ORDER GRANTING AATI'S ADMINISTRATIVE MOTION
FOR LEAVE TO FILE AATI'S OPPOSITION; Case No. C-09-
1360-MMC

13486387.1

1 AATI's Administrative Motion for Leave to file ATTI's Opposition To Kinetic's Motion To Dismiss Complaint Under Rule 12(B)(6) For Failure To State A Claim, Or In The Alternative, For More Definite Statement Under Rule 12(3) ("AATI's Opposition") came on regularly before this Court.

The Court, having considered the submissions of the parties, and good cause appearing, hereby finds and ORDERS as follows:

1. AATI's Administrative Motion is GRANTED.

2. AATI's Opposition shall be deemed filed effective June 21, 2009.

~~3.    Any Reply by Kinetic Technologies, Inc. ("Kinetic") shall be filed on or before _____, 2009.~~

3. ~~4.~~   The Hearing on Kinetic's Motion To Dismiss Complaint Under Rule 12(B)(6) For Failure To State A Claim, Or In The Alternative, For More Definite Statement Under Rule 12(3), originally calendared for hearing on July 10, 2009, at 9:00 a.m., ~~shall be heard on _____, at _____.~~ remains on July 10, 2009.

4.   Plaintiff failed to engage in a reasonable effort to meet and confer before filing the instant motion. No party shall, in the future, file a motion to change time without first engaging in a reasonable effort to meet and confer.

**IT IS SO ORDERED.**

Dated: _June 30_____, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING AATI'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE AATI'S OPPOSITION; CASE NO. C-09-1360-MMC

1

13486387.1