1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11    ADVANCED ANALOGIC TECHNOLOGIES,          No. C-09-1360 MMC
      INC.,
12                                             **ORDER RE: PLAINTIFF'S**
                    Plaintiff,                 **ADMINISTRATIVE MOTION TO**
13                                             **CONTINUE HEARING AND BRIEFING**
          v.                                   **SCHEDULE; VACATING DECEMBER 18,**
14                                             **2009 HEARING**
      KINETIC TECHNOLOGIES, INC.,
15                  Defendant
                                          /
16
17          Before the Court is Plaintiff Advanced Analogic Technologies, Inc.'s ("AATI")

18    "Administrative Motion to Continue Hearing and Briefing Schedule on KTI's Motion to Stay

19    Pending Inter Parties Reexamination," filed November 19, 2009, by which AATI seeks to

20    continue, from December 18, 2009 to January 8, 2010, the hearing date on defendant

21    Kinetic Technologies, Inc.'s ("KTI") motion to stay the above-titled action, pending the

22    Patent and Trademark Office's decision on KTI's pending request for reexamination.  KTI

23    has filed opposition to the instant administrative motion.  Having read and considered the

24    papers submitted in support of and in opposition to the administrative motion, the Court

25    rules as follows.

26          In order to accommodate AATI's counsel's unavailability on December 18, 2009, and

27    to accommodate KTI's concerns that, between December 18, 2009 and January 8, 2010,

28    the parties, in order to comply with the claim construction schedule previously set by the

1   Court, will have to devote time and resources that may be unnecessary should the Court

2   grant the motion to stay, the Court finds it appropriate to retain the current briefing schedule

3   on the motion to stay, and to take the motion to stay under submission as of the date on

4   which the reply is presently due, specifically, December 4, 2009.

5         Accordingly, the December 18, 2009 hearing is hereby VACATED.[1]

6         **IT IS SO ORDERED.**

8   Dated:  November 20, 2009

                                  MAXINE M. CHESNEY

9                                     United States District Judge

---

[1]Should the Court, upon review of the parties' respective submissions with respect to the motion to stay, find oral argument is necessary, the Court will so inform the parties.

2