Jimmy M. Shin (California State Bar No. 200161)
jshin@sonnenschein.com
Jennifer Bennett (California State Bar No. 235196)
jbennett@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Attorneys for Defendant
KINETIC TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KINETIC TECHNOLOGIES, INC.,<br><br>Defendant. | No. C-09-1360 MMC<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL AND CHANGE OF LEAD COUNSEL** |

The request of Kinetic Technologies, Inc. ("Kinetic") for withdrawal of attorney Yar R. Chaikovsky, formerly of Sonnenschein Nath & Rosenthal LLP ("Sonnenschein"), as counsel for Kinetic and the substitution of Jimmy M. Shin of Sonnenschein as its lead counsel in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: February 25, 2010

Honorable Maxine M. Chesney
United States District Judge

14842351\V-3