1  Chris Scott Graham (State Bar No. 114498)
   chris.scott.graham@dechert.com
2  DECHERT LLP
   2440 W. El Camino Real, Suite 700
3  Mountain View, California 94040-1499
   Telephone:    (650) 813 4800
4  Facsimile:    (650) 813 4848

5  Attorneys for Plaintiff
   ADVANCED ANALOGIC TECHNOLOGIES, INC.
6
   Attorneys for Defendant
7  KINETIC TECHNOLOGIES, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   ADVANCED ANALOGIC                    Case No. C09-01360 MMC
13 TECHNOLOGIES, INC., a Delaware
   Corporation                          [PROPOSED] ORDER REGARDING
14                                      WITHDRAWAL OF ANDREW N.
           Plaintiff,                   THOMASES AS ATTORNEY OF RECORD
15
   v.
16
   KINETIC TECHNOLOGIES, INC., a
17 California Corporation

18         Defendant.

Having considered the request of Advanced Analogic Technologies, Inc. ("AATI") to allow Andrew N. Thomases, formerly of Dechert LLP, to withdraw his appearance as counsel of record for AATI in this action,

IT IS HEREBY ORDERED that:

1. AATI's request is GRANTED.

2. Andrew N. Thomases is relieved as counsel of record for AATI; and

3. The appearances of Dechert LLP and the other attorneys who individually have entered appearances on behalf of AATI shall remain in effect and are not affected by Mr. Thomases's withdrawal.

Dated:   January 3, 2011



United States District Judge