1   Chris Scott Graham (State Bar No. 114498)
    chris.scott.graham@dechert.com
2   DECHERT LLP
    2440 W. El Camino Real, Suite 700
3   Mountain View, California  94040-1499
    Telephone:     (650) 813  4800
4   Facsimile:     (650) 813  4848

5   Attorneys for Plaintiff
    ADVANCED ANALOGIC TECHNOLOGIES, INC.
6
    Attorneys for Defendant
7   KINETIC TECHNOLOGIES, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12
    ADVANCED ANALOGIC                    Case No.  C09-01360 MMC
13  TECHNOLOGIES, INC., a Delaware
    Corporation                          [PROPOSED] ORDER REGARDING
14                                       WITHDRAWAL OF JILL F. KOPEIKIN AS
                   Plaintiff,            ATTORNEY OF RECORD
15
    v.
16
    KINETIC TECHNOLOGIES, INC., a
17  California Corporation

18                 Defendant.

19

20

21

22

23

24

25

26

27

28

1

2

3    Having considered the request of Advanced Analogic Technologies, Inc. ("AATI") to

4    allow Jill F. Kopeikin, formerly of Dechert LLP, to withdraw ~~his~~ her appearance as counsel of record

5    for AATI in this action,

    IT IS HEREBY ORDERED that:

6    1.    AATI's request is GRANTED.

7    2.    Jill F. Kopeikin is relieved as counsel of record for AATI; and

8    3.    The appearances of Dechert LLP and the other attorneys who individually have

9    entered appearances on behalf of AATI shall remain in effect and are not affected by Ms.

10   Kopeikin's withdrawal.

11

12   Dated: March 9, 2012

13

14   
    _____
15   United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28