IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KINETIC TECHNOLOGIES, INC.,<br><br>Defendant. | No. 3:09-cv-01360 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL FOR KINETIC TECHNOLOGIES, INC. |

For good cause appearing, IT IS HEREBY ORDERED THAT Rachel Repka, as well as the firm SNR Denton US LLP, are permitted to withdraw as counsel for Kinetic Technologies, Inc. Kinetic Technologies, Inc. will continue to be represented in this case by counsel from the firm of K&L Gates LLP.

IT IS SO ORDERED.

DATED: November 14, 2012

_____
Honorable Maxine M. Chesney
United States Senior District Judge

[PROPOSED] ORDER GRANTING SNR DENTON'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

CASE NO. 3:09-cv-01360 MMC