1  Justin F. Boyce (State Bar No. 181488)
   justin.boyce@dechert.com
2  Jeffrey Fisher (*pro hac vice*)
   jeffrey.fisher@dechert.com
3  DECHERT LLP
   2440 W. El Camino Real, Suite 700
4  Mountain View, CA 94040-1499
   Telephone:  (650) 813-4800
5  Facsimile:  (650) 813-4848

6  Attorneys for Plaintiff
   *Advanced Analogic Technologies, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED ANALOGIC TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KINETIC TECHNOLOGIES, INC., a California corporation,<br><br>Defendant. | Civil Action No. C09-cv-01360 MMC-NMC<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [Proposed] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Advanced Analogic Technologies, Inc., and Defendant Kinetic Technologies, Inc., through their respective counsel of record, hereby stipulate to the dismissal of all pending claims, counterclaims, and defenses currently pending in the above-captioned action **WITH PREJUDICE**.

The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 18, 2015 | Dated: June 18, 2015 |
| DECHERT LLP | KIRKPATRICK TOWNSEND & STOCKTON LLP |
| By: /s/ Justin F. Boyce | By: /s/ Jon Michaelson |
| Justin F. Boyce (SBN 181488)<br>justin.boyce@dechert.com<br>Jeffrey Fisher (*pro hac vice*)<br>jeffrey.fisher@dechert.com<br>DECHERT LLP<br>2440 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>Telephone:  (650) 813-4800<br>Facsimile:  (650) 813-4848<br><br>Attorneys for Plaintiff<br>*Advanced Analogic Technologies, Inc.* | Jon Michaelson (SBN 83815)<br>jmichaelson@kilpatricktownsend.com<br>KIRKPATRICK TOWNSEND & STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone:  (650) 326-2400<br>Facsimile:  (650) 326-2422<br><br>Attorneys for Defendant<br>*Kinetic Technologies, Inc.* |

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
UNITED STATES DISTRICT JUDGE